No. 92–415. GULF CONTRACTING, INC., ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied. ▮

No. 92–420. RIVERBEND FARMS, INC., ET AL. *v.* MADIGAN, SECRETARY OF AGRICULTURE, ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 92–432. GIFFORD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 92–438. DOW CHEMICAL CO. ET AL. *v.* BROWN ET AL. (two cases). C. A. 2d Cir. Certiorari denied.

No. 92–463. UNITED CEREBRAL PALSY ASSOCIATIONS OF NEW YORK STATE, INC. *v.* CUOMO, GOVERNOR OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied. ▮

No. 92–554. FLEENOR ET AL. *v.* BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL. C. A. 5th Cir. Certiorari denied. ▮

No. 92–555. PAUL *v.* MISSOURI PACIFIC RAILROAD CO. C. A. 8th Cir. Certiorari denied. ▮

No. 92–560. CITY OF MANHATTAN BEACH ET AL. *v.* BUCKEY; and

No. 92–628. CHILDREN'S INSTITUTE INTERNATIONAL ET AL. *v.* BUCKEY. C. A. 9th Cir. Certiorari denied. Reported below: 968 F. 2d 791.

No. 92–565. BAGGEN TUG & BARGE CO., INC., ET AL. *v.* RAINIER NATIONAL BANK. C. A. 9th Cir. Certiorari denied. ▮

No. 92–566. BARNES *v.* WESTINGHOUSE ELECTRIC CORP. ET AL. C. A. 5th Cir. Certiorari denied. ▮

No. 92–572. SANTIKOS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. ▮

No. 92–575. PARTINGTON ET AL. *v.* LUM ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 92–576. TV COMMUNICATIONS NETWORK, INC. *v.* TURNER NETWORK TELEVISION, INC., AKA TNT. C. A. 10th Cir. Certiorari denied. ▮